SHANE, DIGIUSEPPE & RODGERS, LLP
RICHARD A. RODGERS, ESQ.; SBN: 210196
200 N. Westlake Blvd., Suite 201
Westlake Village, California 91362
Telephone: (805) 230-2525
Facsimile: (805) 230-2530
rar@sd-attorneys.com

Attorneys for plaintiffs, DANIEL LIGHT and URSULA LIGHT

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LIGHT and URSULA LIGHT, ) | **Case No.: CV 09-03653-AHM (CWx)** |
| ) | |
| Plaintiffs, ) | Judge: Hon. A. Howard Matz |
| ) | |
| v. ) | |
| ) | |
| JP MORGAN CHASE BANK N.A., as ) | ORDER |
| successor to WASHINGTON MUTUAL ) | |
| BANK F.A.; OXFORD ) | |
| MANAGEMENT SERVICES, a New ) | |
| York Corporation; CALIFORNIA ) | |
| RECONVEYANCE COMPANY, a ) | |
| California corporation; all persons ) | |
| unknown claiming any legal or equitable ) | |
| right, title, estate, lien, or interest in the ) | |
| property described in the complaint ) | |
| adverse to Plaintiff's title, or any cloud ) | |
| on Plaintiff's title thereto, and; DOES 1 ) | |
| through 50, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

  Having considered the Joint Stipulation of the Defendant JP Morgan Chase Bank N.A., erroneously sued as JP Morgan Chase Bank, N.A. as successor to Washington Mutual Bank, F.A., and Plaintiffs Daniel Light and Ursula Light, by and through their respective counsel, for an order that the above entitled case be

1  remanded to State court for all purposes, and after reading the second amended
2  complaint on file, the Court finds that good cause appears, and that the second
3  amended complaint does not contain a question of Federal law, it is therefore
4  ordered that:

6      1.    The case shall be remanded back to California State Court, in the
7  Superior Court for the County of Los Angeles.

9  DATED: January 13, 2010

   _____
   Hon. A. Howard Matz
11 **JS-6**                              United States District Court